UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CAMERON TIDWELL,<br><br>                Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES,<br><br>                Defendant. | Case No.<br>8:22-CV-00174-TPB-AEP |

**DEFENDANT CREDIT CONTROL SERVICES, INC.'S
UNOPPOSED MOTION TO JOIN CONSOLIDATED ACTIONS**

Pursuant to Federal Rule of Civil Procedure 42, Defendant Credit Control Services, Inc. d/b/a Credit Collection Services, Inc. ("CCS") moves to consolidate Tidwell v CCS, 8:22-cv-00174-TBP-AEP, with *Adamson v CCS, 6:21-cv-1434-GAP-LRH and Consolidated matters Cintron v CCS; Perezepejo v CCS; Perezespejo v CCS; Wharton v CCS; Gonzalez v CCS; Revelacqua v CCS; Morales v CCS; and Drennan v CCS (hereinafter referred to as Consolidated Actions).* See **Exhibit A**, Order Granting Unopposed Motion to Consolidate Related Actions for Discovery and Mediation and Consolidating Related Cases (DE 14, Adamson v CCS; Case No.: 6:21-cv-1434-GAP-LRH) and Order Granting Unopposed Motion to Join Consolidated Actions (DE 12, Drennan v CCS; Case No.: 6:21-cv-01927-GAP-LRH)

As grounds for this Motion, CCS respectfully states the following:

1. This case involves an individual plaintiff and the defendant which

arises out of the same nucleus of operative fact as the Consolidated Actions

2. This Court issued its Orders Granting the parties Unopposed Motion to Consolidate for discovery purposes on November 9, 2021. *See* **Exhibit A**, Order Granting Unopposed Motion to Consolidate Related Actions for Discovery and Mediation and Consolidating Related Cases (DE 14, Adamson v CCS; Case No.: 6:21-cv-1434-GAP-LRH) and Order Granting Unopposed Motion to Join Consolidated Actions (DE 12, Drennan v CCS; Case No.: 6:21-cv-01927-GAP-LRH)

3. In the *Tidwell v CCS* ("Tidwell") litigation, like the Consolidated Actions, Plaintiff's lawsuits allege violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692c(b) and the Florida Consumer Protection Act, Fla. Stat. §559.72(5) related to collection letter(s) sent to Plaintiffs' by CCS.

4. The *Tidwell* litigation, like the Consolidated Actions, involves the same questions of fact and law;

5. Judicial economy, convenience, and efficiency would be promoted by joining *Tidwell* with the Consolidated Actions for discovery. Consolidating *Tidwell* would result in one discovery process, thereby avoiding unnecessary costs to Plaintiff, Defendants, and the Court, as well as saving valuable time;

6. Plaintiff's counsel and Defense counsel is the same in *Tidwell* as well as the Consolidated Actions.

## MEMORANDUM OF LAW

Rule 42 permits the court to consolidate actions that involve common questions of law or fact.  F.R.C.P. 42(a)(2). "In deciding whether to consolidate,

'[t]he threshold issue is whether the two proceedings involve a common party and common issues of fact or law. Once this determination is made, the trial court has broad discretion in weighing the costs and benefits of consolidation to decide whether that procedure is appropriate.'" *Messere v. Spencer*, 2013 U.S. Dist. LEXIS 48934, 2013 WL 1327391, at 1 (D. Mass. Mar. 29, 2013) (quoting *Seguro de Servicio de Salud de P.R. v. McAuto Sys. Grp., Inc.*, 878 F.2d 5, 8 (1st Cir. 1989)). Further, "[w]hen weighing the costs and benefits of consolidation, it is appropriate to consider 'the convenience or inconvenience to the parties, the judicial economy, the savings in time, effort or expense and any confusion, delay or prejudice that might result from consolidation.'" *Id.* (quoting *Cruickshank v. Clean Seas Co.*, 402 F. Supp. 2d 328, 341 (D. Mass. 2005)).

In *Tidwell v CCS, 8:22-cv-00174-TPB-AEP,* like the Consolidated Actions, Plaintiff asserts federal and state claims against CCS based on the receipt of a collection letter from CCS alleging violations of the FDCPA and FCCPA and specifically, §1692c(b) and §559.72(5) of the FCCPA. In *Tidwell v CCS,* Plaintiff alleges the same claims. CCS removed *Tidwell v CCS,* like the Consolidated Actions, to this Court from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

*Tidwell* involves an individual Plaintiff, the same Defendant and arise from the same factual circumstances, i.e., Plaintiff's receipt of a collection letter from CCS. This case, like the Consolidated Actions, involve the same questions of fact and law. Judicial economy, convenience, and efficiency would be furthered by the

3

consolidation of *Tidwell* with the Consolidated Actions for discovery purposes. Such consolidation would result in one discovery process avoiding unnecessary costs to Plaintiff, Defendants, and the Court, as well as saving valuable time. Additionally, defense counsel for *Tidwell* and the Consolidated Actions are the same.

WHEREFORE, Defendant Credit Control Services, Inc. d/b/a Credit Collection Services respectfully requests that this Honorable Court grant its Unopposed Motion to Join Consolidated Actions and to consolidate *Tidwell v CCS, 8:22-cv-00174-TPB-AEP,* with the above-referenced Consolidated Actions for discovery.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Local Rules, United States District Court for the Middle District of Florida, the undersigned conferred with Plaintiff and confirmed that Plaintiff does not have any objection to the relief sought in this motion.

Respectfully submitted,

By: **/s/Chantel C. Wonder**
Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Tel: (Direct) 813-523-4945
*Counsel for Defendant, Credit Control Services, Inc., d/b/a Credit Collection Services*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Attorneys for Plaintiff*

**GORDON REES SCULLY MANSUKHANI**

By:   */s/Chantel C. Wonder*
Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Tel: (Direct) 813-523-4945
Facsimile 813-377-3505
*Counsel for Defendant, Credit Control Services, Inc., d/b/a Credit Collection Services*