UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAMERON TIDWELL,

    Plaintiff,

v.                          Case No:   6:22-cv-229-GAP-DCI

CREDIT CONTROL SERVICES, INC.

    Defendant.

## ORDER

This cause is before the Court on Defendant's Unopposed Motion to Join Consolidated Actions (Doc. 13).   Upon consideration, it is

**ORDERED** that the motion is **GRANTED**.   This case is joined for all pretrial proceedings with the member cases of the lead case 6:21-cv-1434-GAP-LHP.   The parties shall follow the directives outlined in the order entered at Doc. 15 in 6:21-cv-1434-GAP-LHP.   It is further

**ORDERED** that the Clerk is directed to reassign the magistrate judge in this case to United States Magistrate Judge Leslie Hoffman Price.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 4, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party